UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUSTIN ATTAI, on behalf of
himself and all others similarly
situated,

        *Plaintiffs,*

v.                                                    Case No. 15-cv-62522-Bloom/Valle

DELIVERY DUDES, LLC,
DELIVERY DUDES
FRANCHISE SYSTEMS, LCC,
DUDE HOLDINGS, LLC,
JAYSON KOSS, RYAN STURGIS,
MICHAEL SILVERMAN and AUSTIN
RAPPAPORT

        *Defendants.*

**PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, Justin Attai, files this Statement of Claim as directed by the Court's order (DE 5) dated 12/04/15.

1. ****An initial estimate of the total amount of alleged unpaid wages: **$8953.75 unpaid wages plus an equal additional amount in liquidated damages, attorney's fees and costs.**

2. A preliminary calculation of these wages: Defendant's hours fluctuated quite a bit – some weeks were 30 – 35, and some as high as 50. For the purposes of this, we will use **45 hours. 40/hr/wk * $7.25/hr * 26 weeks = $7,540**, plus **5 hours overtime per week ($10.87 * 5 = $54.37/wk * 26 = $1413.75)**.

3. The apprixmate period during which the alleged violations occurred: **June 2015 to Present (26 weeks and counting).**

4. The nature of the wages (e.g. overtime or straight time): **Both miniumum wage and overtime.**

Dated this 18th Day of December, 2015, by:

/s/ R. Edward Rosenberg
R. Edward Rosenberg, Esq.
Florida Bar No.: 088321
Morgado, P.A.
382 NE 191st St #84164
Miami, Florida 33179
Phone: 855-899-9121
Fax: 855-499-9191
Email: rer@morgado.us
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I filed the foregoing with the Court using the Clerk's CM/ECF filing system, which will send a notice of filing to all parties, including counsel for Plaintiffs. I further certify that I will serve this document upon Defendant once it makes its first appearance in the case.

/s/ R. Edward Rosenberg
R. Edward Rosenberg, Esq.
*Attorney for Plaintiffs*